UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Nov 30, 2023
KELLY L. STEPHENS, Clerk

No. 23-5468

COREY LEA,

    Plaintiff-Appellant,

v.

FIRST BANK, et al.,

    Defendants-Appellees.

Before:  SUTTON, Chief Judge; SUHRHEINRICH and DAVIS, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Western District of Kentucky at Bowling Green.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk